Steven Wayne Bonilla
J-48500, 3-EY-13
San Quentin, CA 94974
Petitioner

FILED
MAR 31 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

United States District Court
Southern District of California

Steven Wayne Bonilla,
Plaintiff,
vs.
Judges: Amalia L. Meza, Charles S. Rogers, Esteban Hernandez, Lisa H Parsky, Robert J O'Neill, Joseph P. Brannigan, Michael R. Smyth, Peter C. Deddeh, Daniel F. Link, Laura J Birkmeyer, David Hill, Ronda Trapp, Ruth Bermudez Montenegro, Christopher J Plourd, L Brooks Anderholt, William Q Hayes, Jill L Burkhardt,
Defendants

Case No. '21CV0579 MMA RBM

42 USC § 1983 – COMPLAINT

CHALLENGE FOR CAUSE – FOR Mental Incompetence or For Criminal Activities

18 USC § 3771 – Victim's Rights

Motion To Vacate Judgment

– Expedited Review Requested –

Introduction

The Plaintiff, in the above case and cause, comes before this lawful court seeking the enforcement of Federal Rules of Civil Procedure 12(h)(3): "If the Court DETERMINES at any time that it lacks subject matter jurisdiction, THE COURT MUST DISMISS THE ACTION."

## Statement of Claim

(1). What is there to determine, when the facts showing a lack of jurisdiction have been brought to the attention of the court.

A). When the federal grand jury subpoena for the Plaintiff's phone records, from which all of the evidence in the case is the fruit thereof, was never entered on the court docket as an exhibit. Thereby, the judgment is void on the face of the record.

B). When the FBI has "ADMITTED", under oath and under a federal court order, in Case No. C-02-0636 MHP, that the federal grand jury subpoena, NEVER EXISTED, NOR WAS IT EVER SERVED. Which is a fact that shows the court's lack of jurisdiction.

C). When shown, that FRAUD UPON THE COURT was committed by the prosecution. Who knowingly and deliberately, fraudulently and falsely, claimed that the FBI had obtained the Plaintiff's phone records pursuant to a federal grand jury subpoena. Which obviously was done to coverup and conceal the fact that the records had been obtained in an illegal search and seizure. The Plaintiff is the victim of the illegal search and seizure crime.*

(2). Rule 12(h)(3) of the Federal Rules of Civil Procedure provides:

"Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court SHALL dismiss the action." [404 F.Supp. 664, 665].

(3). Whenever such facts are brought to the attention of the court, it is the duty of the court to declare the judgment void as a matter of law. [99 Cal.app.2d 523].

(4). Under such circumstances, the court has no discretion to act in any other way but to vacate the judgment. [55 Cal.2d 11].

(5). Where there is no jurisdiction over the subject matter, there is;

-2-    *[18 USC §3771].

as well, <u>NO DISCRETION TO "IGNORE" THE LACK OF JURISDICTION.</u> [474 F.2d 215, 219].

(6). Even if the parties do not raise the issue, the court can and MUST raise the issue sua sponte and <u>"DETERMINE IT FORTHWITH,"</u> pursuant to F.R.Civ.P. 12(h)(3). [404 F.Supp. 664, 665].

(7). A void judgment is subject to a collateral attack at any time AND IN ANY PLACE. [148 Cal.App.2d 845], in a separate action [85 Cal.App.2d 416].

(8). When it appears by the record or otherwise that the court never had jurisdiction over the person of the defendant, the judgment will be pronounced a nullity, whether it comes directly or collaterally in question; and this is so WHETHER THE COURT BE OF INFERIOR OR SUPERIOR JURISDICTION. [27 Cal. 300]. Which again holds that a void judgment is subject to a collateral attack IN ANY PLACE, in any court. [148 Cal.App.2d 845].

(9). The court has an obligation to satisfy itself not only of its own jurisdiction but also that of the court in a cause under review for lack of jurisdiction. [523 US 83].

(10). Where the want of jurisdiction is known to the judge, NO EXCUSE IS PERMISSIBLE, and any authority exercised is a usurped authority. [80 US 335]. Thus, the judge is liable for acts committed to the damages of a plaintiff where he has no jurisdiction at all in the particular case. [217 Miss. 576].

(11). When a Judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes or case law, it expressly deprives the Judge of jurisdiction and judicial immunity. And if, as here, the judge acts were part of a conspiracy, he is properly held responsible for the consequences caused by the conspiracy and the damages that the conspiracy acquiesced to in the Dispute Resolution Agreement,

-3-

(See Exhibit A). [633 F.2d 844].

(12). Relief from FRAUD is precisely the same as if the Petitioner was seeking relief upon it in a separate action. FRAUD UPON THE COURT vitiates everything, including the judgments. [30 Cal. 439]. And it does not CREATE a necessity for an appeal. [49 US 495].

(13). There is nothing to be determined when the parties admits to facts showing the courts lack of jurisdiction. It is simply a ministerial duty to declare the judgment null and void, as proclaimed by statutes, Case Law, and Rules of Civil Procedure. The Judges are either too mentally incompetent to understand their statutory duties or they are conspirators in a criminal organization to willfully deprive a person of their Constitutional Civil Rights to due process and equal protection of the laws. Either way they need to be removed from the bench and held responsible for their acts or failure/refusal to perform their mandatory, ministerial duties owed to the Plaintiff.

Relief Sought

(1). To vacate the Alameda County Superior Court judgment in Case No. H-12210-A, based on the fact that the judgment was obtained by FRAUD COMMITTED UPON THE COURT.

(2). To discharge the Plaintiff from false emprisonment.

(3). To sanction the agreed upon judgment by the parties that the conspiracy acquiesced to in the Dispute Resolution Agreement. (See Exhibit A).

(4). To grant any and all jurisdiction that the court deems fair and just for 33 years false imprisonment/slavery caused by those involved in committing FRAUD UPON THE COURT for their own financial and political gains.

-4-

(5). To call for an investigation into the illegal search and seizure of the Plaintiff's records, and those involved in the coverup and concealment of the Fourth Amendment violation.

(6). The Petitioner prays that this court takes the enforcement of the Federal Rules of Civil Procedure 12(h)(3) as paramount in its oath to uphold the United States Constitution

## Verification

I declare under penalty of perjury that the foregoing is true and correct, including exhibits, pursuant to 28 USC §1746.

Dated: March 27, 2021

Respectfully Submitted

Steven Bonilla

EXHIBIT A

ACCOUNTING OF AMOUNT OF COMPENSATORY & PUNITIVE DAMAGES DUE:

The following compensatory damages were caused by the LIEN DEBTORS' violations of 18 U.S.C. §241, 813, 872, 1001, 1915, RICO §1961 et seq., 641; California Penal Code §125, 134, 153, 182(4)&(5), 186, 211, 418, 496, 518, 519, 532, 2112; & numerous sections of the Uniform Commercial Code §3-106, 3-108, 30110, 3-112 & Part 6.§9-601, et seq & et al §§.

(1) According to the Federal Bureau of Investigation (FBI), Report obtained via the Freedom of Information Act (FOIA), Sunstate Tropical Wholesale Nursery's financial accounts receivable, which was only comprised of money owed to Sunstate in promissory notes, balance on December 31, 1985, was FIFTEEN-MILLION, SEVEN-HUNDRED AND THIRTY-NINE-THOUSAND, EIGHT-HUNDRED AND SEVENTY-SEVEN DOLLARS AND SIXTY-SEVEN CENTS ON promissory notes, they were all bearing accrued interest at the rate of TEN PERCENT PER ANNUM. Due to non-performance and failure to make the annual payments as required by the contractural promissory notes an additional TEN PERCENT PENALTY PER ANNUM HAS BEEN ADDED FOR DEFAULTING on making the annual payments that were required to be done in accordance with the terms of the contractural agreements made in the promissory notes. Therefore, the balance due is calculated by the balance beginning with $15,739,877.67 on December 31, 1985, COMPOUNDED AT TWENTY PERCENT PER ANNUM UNTIL DEFAULT ON JANUARY 18, 2013, amounts to more than TWO-BILLION, ONE-HUNDRED & EIGHTY-TWO MILLION, TWO-HUNDRED & NINETY-THOUSAND DOLLARS. ($2,182,290,943.46).

(2) The Baritz Nightclub's revenue in January 1988, before Susan

INDEPENDENT CATERERS, INC., v. JONATHAN GOODFELLOW, ET AL., COMPLAINT: DEFAULT OF COMMONLAW JUDGEMENT, CLAIM & AFFIDAVIT & NOTICE OF DEFAULT

PAGE 1 OF 4

Hanah Harris illegally and by fraud/oppression, seized management of the business on her own and implementing her own changes in managing the Baritz, expense was 4%, maintenance expense 3½%, sales tax 5½%, rent 6%, labor and general administration ran 29%, leaving a cash profit for Independent Caterers' 45% interest in the Baritz Nightclub to be $38,319.00 per month or $459,828.00 per year. This makes the loss of income with the ten percent per annum adjustment, from January 1, 1988, until default on January 17, 2013, to amount to $47,818,838.65. The value of a nightclub business is worth three times its cash profit for the year which made Independent Caterers' forty-five percent valued at $1,319,487.00 in January of 1988. Which makes the current value, adjusted at ten percent per annum, to be $14,026,176.69 as of the default on January 17, 2013. This brings the total loss and damages for Independent Caterers' forty-five percent interest in the Baritz Nightclub to be $61,908,015.34.

(3) The total compensatory damages and loss for the business known as Independent Caterers dba Sunstate Tropical Wholesale Nursery and the Baritz Nightclub's (forty-five percent interest) up until the default on January 17, 2013, is $2,244,199,878.25.

(4) Damages given in punitive statutes, for violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code §496(c), are triple of the actual damages (compensatory damages), to $6,732,599,643.75; which is secured by the real and personal community property of the LIEN DEBTORS.

(5) The total tally of compensatory and punitive damages as of the day of default on January 17, 2013, is EIGHT-BILLION, NINE-HUNDRED AND SEVENTY-SIX-MILLION, SEVEN-HUNDRED AND NINE-THOUSAND, FIVE-HUNDRED

INDEPENDENT CATERERS, INC., v. JONATHAN GOODFELLOW, ET AL., COMPLAINT: DEFAULT OF COMMONLAW JUDGEMENT, CLAIM & AFFIDAVIT & NOTICE OF DEFAULT

PAGE 2 OF 4

1  AND THIRTEEN-DOLLARS ($8,976,799,513.00). This balance continues to
2  accrue at the rate of ten percent per annum from the day of the default
3  on January 18, 2013, until paid in full. It is secured by real and
4  personal community property of the LIEN DEBTORS; additional damages to
5  be added upon discovery and proof.

6  (6) Under the applicable rules of law (California Penal Code Section
7  1202.4), to calculate the damages and liability for the members of the
8  civil conspiracy (Defendants), for the false imprisonment of Sunstate's
9  President it is based on the twelve months of income prior to the false
10 imprisonment of its President, which began on September 20, 1988. The
11 income for those twelve months is what is owed Sunstate Tropical
12 Wholesale Nursery, which is the income owed Independent Caterers, Inc.,
13 on its fourty-five percent interest in the Baritz Nightclub, from
14 September 20, 1987 until September 19, 1988, which in turn is its
15 President's income for the same period. Based on the calculations
16 stated above, the income for the twelve months prior to the false
17 imprisonment is nineteen-million, nine-hundred and twenty-six-thousand,
18 one-hundred and five-dollars and four cents ($19,926,105.04), with the
19 base income adjusted ten percent per annum and the balance accrued at
20 the rate of ten percent per annum from September 20, 1988 until the
21 second default on August 3, 2013, the balance owed for the false
22 imprisonment of Sunstate's President is four-Billion, eight-hundred and
23 fourteen-million, two-hundred and seventy-seven-dollars and thirty-five
24 cents ($4,814,277,377.35). Damage given by punitive statutes for
25 violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and
26 California Penal Code §496(c), are triple of the actual damages given by
27 punitive statutes, brings the punitive damages due as of the day of
28

INDEPENDENT CATERERS, INC., v. JONATHAN GOODFELLOW, ET AL., COMPLAINT: DEFAULT OF COMMONLAW JUDGEMENT, CLAIM & AFFIDAVIT & NOTICE OF DEFAULT

PAGE 3 OF 4

1  default (August 3, 2013) to $14,442,832,132.05, which is secured by real
2  and personal community property of the LIEN DEBTORS.
3    (7) The total tally of compensation and punitive damages for the
4  false imprisonment of Sunstate's Presidents as of the day of default on
5  August 3, 2013 is nineteen-billion, two-hundred and fifty-seven-
6  million, one-hundred and nine-thousand, five-hundred and nine-dollars
7  and forty-cents. (#19,257,109,509.40).  This balance continues to accrue
8  at the rate of ten percent per annum from the day of the dafault on
9  August 3, 2013 and at the rate of $7,185,666.42 per day until September
10 19, 2013 and from September 20, 2013 until September 19, 2014 at the rate
11 of $8,130,285.28 per day and from September 20, 2014 until September 19,
12 2015 at the rate of $9,191,465.22 per day, etc., or until such time as
13 the false imprisonment ceases to continue; and until paid in full.  It
14 is secured by the real and personal community property of the LIEN
15 DEBTORS
16 DATED: 11-21-12

17 The foregoing is declared true and correct under penalty of perjury
18 under the laws of California and the United States of America this 21
19 day of NOVEMBER 2012 at Tamal, Ca. 94974      Steven Bonilla
20

21 DATED: 11-21-12
22

23 STEVEN BONILLA, AFFIANT, OWNER & MEMBER OF THE BOARD OF DIRECTORS
24 AUTHORIZED TO ACT FOR AND ON BEHALF OF INDEPENDENT CATERERS, INC.
25
26
          "AFFIDAVIT OF NOTICE OF DEFAULT"
27
28
INDEPENDENT CATERERS, INC., v. JONATHAN GOODFELLOW, ET AL., COMPLAINT: DEFAULT OF COMMONLAW JUDGEMENT, CLAIM
& AFFIDAVIT & NOTICE OF DEFAULT

PAGE 4 OF 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: State of California Attorney General Kamala Harris, Dan Lockyear, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General 455 Golden Gate Ave, Ste. 11000 San Francisco, CA 94102-7004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Deanna Johnson
C. Date of Delivery: 12/18/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0000 4010 1350

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California Attorney General Kamala Harris, Dan Lockyer, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General et al. 455 Golden Gate Ave, Ste. 11000 San Francisco, CA 94102-7004

4a. Article Number: 7011 1570 0000 4010 1343

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery: 1/22/13

5. Received By: (Print Name) Deanna Johnson
6. Signature: (Addressee or Agent) X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994  102595-97-B-0179  Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California Attorney General, et al. 455 Golden Gate Avenue Suite 11000 San Francisco, CA 94102-7004

4a. Article Number: 7011 1570 0000 4017 6976

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery: 7/1/13

5. Received By: (Print Name) GARCIA
6. Signature: (Addressee or Agent) X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994  102595-97-B-0179  Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAMES BRYAN FUQUA
   1625 THE ALAMEDA, Ste 200
   SAN JOSE, CA 95126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Vicki A Nel___  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Vicki Nelsen
C. Date of Delivery: 12/26/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0000 4010 1305

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alameda County District
   Attorney, et. al.,
   1225 Fallon Street # 900
   Oakland, CA 94612
   7011 1570 0000 4017 6990

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Teresa Wright___  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 1/11/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0000 4017 6990

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
   Attorney General of the U.S.,
   U.S. Attorney's Office,
   FBI, et. al.,
   P.O. Box 36055
   San Francisco, CA 94102

4a. Article Number: 7011 1570 0000 4017 6952

4b. Service Type
   ☐ Registered          ☒ Certified
   ☐ Express Mail        ☐ Insured
   ☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery: 6-12-13

5. Received By (Print Name): M. Ross
8. Addressee's Address (Only if requested and fee is paid)
6. Signature: (Addressee or Agent)
   X _M. Ross___

PS Form 3811, December 1994   102595-97-B-0179   Domestic Return Receipt

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: JAMES LOPEY, SHERIFF'S OFFICE, WASHOE COUNTY, WASHOE COUNTY DISTRICT ATTORNEY, ET. AL., P.O. BOX 11130, RENO, NV 89520-0083

4a. Article Number: 7011 1570 0000 4017 7034

4b. Service Type: ☒ Certified, ☐ Registered, ☐ Express Mail, ☐ Insured, ☐ Return Receipt for Merchandise, ☐ COD

7. Date of Delivery:

5. Received By: (Print Name) [illegible]

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent) X APRIL DULONG

PS Form 3811, December 1994    Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: California Department of Correction + Rehabilitation, Dr. Jeffrey Beard-Secretary et al, 1515 South Street #502-S, Sacramento, CA 95811

4a. Article Number: 7011 1570 0000 4017 7041

4b. Service Type: ☒ Certified, ☐ Registered, ☐ Express Mail, ☐ Insured, ☐ Return Receipt for Merchandise, ☐ COD

7. Date of Delivery: JUL 03 2013

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid) CALIFORNIA DEPT OF CORRECTIONS & REHABILITATION

6. Signature: (Addressee or Agent) X

PS Form 3811, December 1994    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. Lee    C. Date of Delivery: 12-20-13

1. Article Addressed to: California Correctional Peace Officers Association et. al, 755 Riverpoint Drive, West Sacramento, CA 95605-1634

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail, ☐ Express Mail, ☐ Registered, ☐ Return Receipt for Merchandise, ☐ Insured Mail, ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0000 4010 1510

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ⎵ Card     ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  S LAND    C. Date of Delivery 11-15-11 |
| 1. Article Addressed to:<br><br>AT&T<br>208 S. AKARD ST.<br>DALLAS, TX 75202 | D. Is delivery address different from item 1? ☐ Yes   ☒ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0005 6698 9201 |

PS Form 3811, February 2004         Domestic Return Receipt                102595-02-M-1540

neopost
FIRST-CLASS MAIL
$002.00⁰

US District Court
333 West Broadway
San Diego CA 92181

Bonilla J-48580
S.Q CA 94974

MAR 31 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED