

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Wayne Bonilla, | Civil Action No.  21-cv-00579-MMA-LL |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. § 1915(g), dismisses this civil action based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. § 1914(a), certifies that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. Section 1915(a)(3).

Date:   4/8/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris

T. Ferris, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>21-cv-00579-MMA-LL</u>

Judge Amala L. Meza;
Judge Charles G. Rogers;
Judge Estaban Hernandez;
Judge Luna H. Parsky;
Judge Robert F. O'Niell;
Judge Joseph P. Brannigan;
Judge R. Smyth;
Judge Peter C. Dedded;
Judge Daniel F. Link;
Judge Lura J. Birkmeger;
Judge David Gill;
Judge Ronda Trupp;
Judge Ruth Bermundez Montenegro;
Judge Christopher J. Plourd;
Judge L. Brooks;
Judge William Q. Hayes;
Judge Jill L. Burkhardt,

Defendants.